(Official Form 1) (1/08)

| United States Bankruptcy Court<br>District of Delaware | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Simmons Bedding Company** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**N/A** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**See Attached Schedule 1** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**N/A** |
| Last four digits of Social-Security No./Complete EIN or other Tax-I.D. No. (if more than one, state all):<br>**Tax-I.D. No. 13-3875743** | Last four digits of Social-Security No./Complete EIN or other Tax-I.D. No. (if more than one, state all):<br>**N/A** |
| Street Address of Debtor (No. and Street, City, and State):<br>**One Concourse Parkway, Suite 800**<br>**Atlanta, GA**<br><br>ZIP CODE **30328** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**N/A**<br><br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Fulton County** | County of Residence or of the Principal Place of Business:<br>**N/A** |
| Mailing Address of Debtor (if different from street address):<br><br>**N/A**<br><br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br><br>**N/A**<br><br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br><br>**See Attached Schedule 3**   ZIP CODE | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box.) | Nature of Business<br>(Check one box.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☒ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)<br><br>_____ | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☒ Other **Manufacturing/Sales**<br><br>**Tax-Exempt Entity**<br>(Check box, if applicable.)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | ☐ Chapter 7      ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 9<br>☒ Chapter 11    ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding<br>☐ Chapter 12<br>☐ Chapter 13<br><br>**Nature of Debts (Check one box)**<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."     ☒ Debts are primarily business debts. |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ☒ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Check one box:**<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☒ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>**Check if:**<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>**Check all applicable boxes:**<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(B). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☒ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors (Consolidated with affiliates)

| ☐<br>1-49 | ☐<br>50-99 | ☐<br>100-199 | ☐<br>200-999 | ☐<br>1,000-<br>5,000 | ☐<br>5,001-<br>10,000 | ☒<br>10,001-<br>25,000 | ☐<br>25,001-<br>50,000 | ☐<br>50,001-<br>100,000 | ☐<br>Over<br>100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets (Consolidated with affiliates)

| ☐<br>$0 to<br>$50,000 | ☐<br>$50,001 to<br>$100,000 | ☐<br>$100,001 to<br>$500,000 | ☐<br>$500,001 to<br>$1 million | ☐<br>$1,000,001<br>to $10 million | ☐<br>$10,000,000<br>1 to $50 million | ☐<br>$50,000,001<br>to $100 million | ☐<br>$100,000,001<br>to $500 million | ☒<br>$500,000,001<br>to $1 billion | ☐<br>More than<br>$1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities (Consolidated with affiliates)

| ☐<br>$0 to<br>$50,000 | ☐<br>$50,001 to<br>$100,000 | ☐<br>$100,001 to<br>$500,000 | ☐<br>$500,001 to<br>$1 million | ☐<br>$1,000,001<br>to $10 million | ☐<br>$10,000,000<br>1 to $50 million | ☐<br>$50,000,001<br>to $100 million | ☐<br>$100,000,001<br>to $500 million | ☐<br>$500,000,001<br>to $1 billion | ☒<br>More than<br>$1 billion |
|---|---|---|---|---|---|---|---|---|---|

RLF1 3504944V.1

(Official Form 1) (1/08)

FORM B1, Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Simmons Bedding Company** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location<br>Where Filed:    **N/A** | Case Number: **N/A** | Date Filed: **N/A** |
| Location<br>Where Filed:    **N/A** | Case Number: **N/A** | Date Filed: **N/A** |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
|---|---|---|
| Name of Debtor:<br>**See Attached Schedule 2** | Case Number: **Pending** | Date Filed:<br>**November 16, 2009** |
| District: **District of Delaware** | Relationship: **Affiliates** | Judge: **Pending** |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>**N/A**<br><br>☐    Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual<br>whose debts are primarily consumer debts.)<br>**N/A**<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by § 342(b).<br><br>X _____<br>Signature of Attorney for Debtor(s)                    Date |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐    Yes, and Exhibit C is attached and made a part of this petition.

☒    No.

**Exhibit D**

**N/A**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐    Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐    Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☒    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☒    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**

**N/A**

☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐    Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

(Official Form 1) (1/08)                                                                                    FORM B1, Page 3

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br><br>**Simmons Bedding Company** |
|---|---|

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

### Signature of Attorney*

X /s/ *Mark D. Collins up mjn*
Signature of Attorney for Debtor(s)

Mark D. Collins
Printed Name of Attorney for Debtor(s)

Richards, Layton & Finger, P.A.
Firm Name

One Rodney Square,                    Wilmington, Delaware 19801
Address

(302) 651-7700
Telephone Number

November 16, 2009
Date

* In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X /s/ _____
Signature of Authorized Individual

William S. Creekmuir
Printed Name of Authorized Individual

Executive Vice President, Chief Financial Officer, Treasurer & Assistant Secretary
Title of Authorized Individual

November 16, 2009
Date

**Schedule 1**

The Debtor has used the following other names during the previous 8 years, which includes trade names:

- Simmons
- Simmons Co.
- Simmons Bedding
- Simmons Bedding Company
- Simmons Company, a Delaware Corporation
- Simmons U.S.A. Corporation
- Simmons Company (U.S.A.)
- Simmons U.S.A. Company
- Simmons Company, N.A.
- Simmons USA Company
- Simmons Company a Corporation of Delaware
- THL Bedding Company

**Schedule 2**

**<u>Affiliated Chapter 11 Debtors</u>**

Simmons Company

Bedding Holdco Incorporated

The Simmons Manufacturing Co., LLC

Windsor Bedding Co., LLC

World of Sleep Outlets, LLC

Simmons Contract Sales, LLC

Dreamwell, Ltd.

Simmons Capital Management, LLC

Simmons Export Co.

## Schedule 3

**Other Locations of Principal Assets of Business Debtor**

Gwinnett Corporate Business Park
1856 Corporate Drive, Suite 105
Norcross, Georgia 30093


Las Vegas World Mart
Space 525 & 946, Level 5
Bldg at N.W. Corner of Bonneville Avenue and Grand Central Parkway
Las Vegas, Nevada 89101


Las Vegas World Mart
Space 762, 7th Floor
Building B
475 Grand Central Parkway
Las Vegas, Nevada 89106


1500 Southland Circle
Suites A, B, F, and G
Atlanta, Georgia 30318


1900 Beaver Ridge Circle
Norcross, Georgia 30071

## CERTIFICATE OF RESOLUTIONS

I, William S. Creekmuir, a duly authorized officer of SIMMONS BEDDING COMPANY, a Delaware Corporation (the "Corporation"), hereby certify that at a special meeting of the Board of Directors of the Corporation duly called and held on November 13, 2009, the Board of Directors of the Corporation consented to the following actions and adopted the following resolutions, and that said resolutions have not been modified or rescinded and are still in full force and effect on the date hereof:

> WHEREAS, the Board has determined that it is desirable and in the best interests of the Corporation, its creditors, employees, and other interested parties that a petition (the "Petition") be filed by the Corporation, seeking relief under the provisions of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

> NOW, THEREFORE, BE IT RESOLVED, that the Corporation is hereby authorized to file the Petition; and it is further

> RESOLVED, that the Petition be, and hereby is, authorized; and it is further

> RESOLVED, that the following officers: Stephen G. Fendrich, President; William S. Creekmuir, Executive Vice President, Chief Financial Officer, Treasurer and Assistant Secretary; Kristen K. McGuffey, Executive Vice President, General Counsel and Secretary, and any other person designated and authorized to act by any of the foregoing officers (each, an "Authorized Officer") of the Corporation are hereby authorized and empowered, in the name and on behalf of the Corporation, to execute and verify the Petition under chapter 11 of the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court (the "Bankruptcy Court") for the District of Delaware at such time or in such other jurisdiction as the Authorized Officer executing the Petition shall determine; and it is further

> RESOLVED, that the law firm of Weil, Gotshal & Manges LLP, be, and hereby is, employed as attorneys for the Corporation under a general retainer in this chapter 11 case, subject to the approval of the Bankruptcy Court; and it is further

> RESOLVED, that the law firm of Richards, Layton & Finger, P.A., be, and hereby is, employed as local counsel for the Corporation under a general retainer in this chapter 11 case, subject to the approval of the Bankruptcy Court; and it is further

> RESOLVED, that the firm of Miller Buckfire & Co., LLC, be, and hereby is, employed to provide financial advisory services for the Corporation, subject to the approval of the Bankruptcy Court; and it is further

> RESOLVED, that any Authorized Officer be, and hereby is, authorized and empowered to execute and file all petitions, schedules, motions, lists,

applications, pleadings, and other papers and, in connection therewith, to employ and retain all assistance by legal counsel, accountants, financial advisors, and other professionals and to take and perform any and all further acts and deeds that such Authorized Officer deems necessary, proper, or desirable in connection with the Corporation's chapter 11 case, with a view to the successful prosecution of such case; and it is further

RESOLVED, that in connection with the commencement of the chapter 11 case, any Authorized Officer be, and hereby is, authorized and empowered to negotiate the use of cash collateral; and it is further

RESOLVED, that each Authorized Officer, be, and each hereby is, authorized and empowered, in the name and on behalf of the Corporation, as the case may be, to (and any such actions heretofore taken by any of them are hereby ratified, confirmed and approved in all respects): (i) negotiate, enter into, execute, deliver, certify, file, and/or record, and perform such agreements, instruments, assignments, motions, affidavits, applications for approvals or rulings of governmental or regulatory authorities, certificates, or other documents, and to take such other actions, as in the judgment of any such officer shall be or become necessary, proper, and desirable to effectuate a successful reorganization of the Corporation; and (ii) negotiate, execute, deliver and/or file, in the name and on behalf of the Corporation any and all agreements, documents, certificates, consents, filings and applications relating to the resolutions adopted and matters ratified or approved herein and the transactions contemplated thereby, and amendments and supplements to any of the foregoing, and to take such other actions as may be required or as such officers deem appropriate or advisable in connection therewith; and it is further

RESOLVED, that each Authorized Officer be, and each hereby is, authorized and empowered on behalf of and in the name of the Corporation, to execute such consents of the Corporation, as such Authorized Officer considers necessary, proper or desirable to effectuate these resolutions, such determination to be evidenced by such execution or taking of such action; and it is further

RESOLVED, that any and all past actions heretofore taken by any Authorized Officer or the directors of the Corporation in the name and on behalf of the Corporation in furtherance of any or all of the preceding resolutions be, and the same hereby are, ratified, confirmed, and approved.

**[remainder of page intentionally left blank]**

IN WITNESS WHEREOF, I have hereunto set my hand this 13th day of November, 2009.

By: _____

Name: William S. Creekmuir

Title: Executive Vice President, Chief Financial Officer, Treasurer & Assistant Secretary

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------x
                         :

**In re**                      :    **Chapter 11**
                         :

**SIMMONS BEDDING COMPANY,** *et al.,*  :    **Case No. 09-[_____]**
                         :

        **Debtors.**           :    **Joint Administration**
                         :    **Requested**
---------------------------------------------------------x

## CONSOLIDATED LIST OF CREDITORS
## HOLDING 50 LARGEST UNSECURED CLAIMS

The following is a list of creditors holding the fifty (50) largest unsecured claims against the above-captioned Debtor and certain affiliated entities that have simultaneously commenced chapter 11 cases in this Court (collectively, the "Debtors").[1] This list has been prepared on a consolidated basis from the books and records of the Debtors. The list reflects amounts from the Debtors' books and records as of November 12, 2009. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in the Debtors' chapter 11 cases. This list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 50 largest unsecured claims. The information herein shall not constitute an admission of liability by, nor is it binding on, any Debtor. Moreover, nothing herein shall affect any Debtor's right to challenge the amount or characterization of any claim at a later date.[2]

| Name of Creditor | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of Claim (trade debt, bank loan, government contract, etc.) | Indicate if Claim is contingent, unliquidated, disputed or subject to set-off | Amount of Claim (if secured also state value of security) |
|---|---|---|---|---|
| State Street Bank &Trust Company | Paul Desharnais<br>State Street Bank &Trust Company<br>1776 Heritage Dr.<br>North Quincy, MA  02171<br>Telephone: (617) 985-2880 | Bond Debt | | $106,820,000.00 |

---

[1]     The Debtors in these chapter 11 cases, along with the last four (4) digits of each Debtor's federal tax identification number, are:  Simmons Company (6221); Bedding Holdco Incorporated (5929); Simmons Bedding Company (5743); The Simmons Manufacturing Co., LLC (0960); Windsor Bedding Co. (8616); World of Sleep Outlets, LLC (0957); Simmons Contract Sales, LLC (2016); Dreamwell, Ltd. (2419); Simmons Capital Management, LLC (2470); and Simmons Export Co. (1370).

[2]     In addition, the amounts reflected for Trade Debt claims include the full amounts that have been invoiced to the Debtors by their trade creditors. Because the Debtors conduct a number of internal reviews to determine if the full amount of a particular invoice should be paid, and many of those reviews have not yet been performed, the full amounts reflected herein may not ultimately be payable by the Debtors.

| Name of Creditor | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of Claim (trade debt, bank loan, government contract, etc.) | Indicate if Claim is contingent, unliquidated, disputed or subject to set-off | Amount of Claim (if secured also state value of security) |
|---|---|---|---|---|
| Goldman Sachs | Vanessa Camardo<br>Goldman Sachs<br>30 Hudson Street<br>Proxy Department<br>Jersey City, NJ 07302<br>Telephone: (212) 902-9649 | Bond Debt | | $90,595,000.00 |
| Bank of New York Mellon/Trust | Melissa Tarasovich<br>BNY Mellon Asset Servicing<br>525 William Penn Place, Ste. 0400<br>Pittsburgh, PA 15259<br>Telephone: (412)234-2475 | Bond Debt | | $45,626,000.00 |
| US Bank, NA | Tim Randall<br>US Bank, NA<br>Attn: Securities Control<br>1555 N. Rivercenter Dr., Suite 302<br>Milwaukee, WI 53212<br>Telephone: (414) 905-5444 | Bond Debt | | $31,125,000.00 |
| JP Morgan Chase Bank, NA | Sanjay Ghuliani<br>JP Morgan Chase Bank, NA<br>Paradigm, B Wing, Floor 6<br>Mindspace, Malad (W)<br>Mumbai 400 064 India<br>Telephone: (469) 477-2140 | Bond Debt | | $29,354,000.00 |
| JP Morgan Chase Bank, NA/Clear | Vincent Marzella<br>One Metrotech Center North<br>4th Floor<br>Brooklyn, NY 11201-3862<br>Telephone: (347) 643-4625 | Bond Debt | | $28,165,000.00 |
| UMB Bank, NA | Jan Guzman<br>UMB Bank, NA<br>928 Grand Blvd.<br>Kansas City, MO 64106<br>Telephone: (816) 860-5965 | Bond Debt | | $26,492,000.00 |
| Northern Trust | Robert Valentin<br>Northern Trust<br>801 S. Canal Street C-5S<br>Attn: Capital Structures-C1N<br>Chicago, IL 60607<br>Telephone: (312) 630-6936 | Bond Debt | | $18,530,000.00 |
| Bank of New York | Michael Kania<br>Bank of New York<br>525 William Penn Place<br>Pittsburgh, PA 15259<br>Telephone: (412) 236-7827 | Bond Debt | | $17,878,000.00 |
| Credit Suisse Securities U.S.A. | Randy Grant<br>1 Madison Avenue<br>Asset Servicing 2nd Fl<br>New York NY 10010<br>Telephone: (212) 538-9651 | Bond Debt | | $17,330,000.00 |

RLF1 3504944V.1

| Name of Creditor | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of Claim (trade debt, bank loan, government contract, etc.) | Indicate if Claim is contingent, unliquidated, disputed or subject to set-off | Amount of Claim (if secured also state value of security) |
|---|---|---|---|---|
| Citibank | Sandra Hernandez<br>Citibank<br>3800 Citibank Center B3-12<br>Tampa, FL  33610<br>Telephone: (813) 604-1169 | Bond Debt | | $13,730,000.00 |
| Brown Bros. | Dorota Malkiewicz<br>Brown Bros.<br>525 Washington Blvd.<br>New Port Towers<br>Jersey City, NJ  07302<br>Telephone: (201) 418-6380 | Bond Debt | | $11,385,000.00 |
| UBS Securities LLC | John Malloy<br>480 Washington Blvd.<br>Jersey City, NJ 07310<br>Telephone: (201) 793-6649 | Bond Debt | | $8,500,000.00 |
| JP Morgan Chase Bank, NA/CTC | Darrin Nelson<br>JP Morgan Chase Bank, NA/CTC<br>14201 Dallas Parkway<br>Dallas, TX  75254<br>Telephone:  (469) 477-1558 | Bond Debt | | $7,144,000.00 |
| Deutsche Bank | Ray  Conte<br>1251 Avenue Of The Americas<br>New York  NY 10020<br>Telephone: (201) 593-6664 | Bond Debt | | $4,040,000.00 |
| Leggett & Platt, Inc. | Leggett & Platt, Inc<br>Post Office Box 757<br>Number 1 Leggett Road<br>Carthage, MO  64836<br>Telephone: (417) 358-8131 | Trade Debt | | $3,793,990.80 |
| Lehman Brothers | Jim  Gardiner<br>Reorganization<br>70 Hudson<br>Jersey City  NJ 07302<br>Telephone: (201) 499-8477 | Bond Debt | | $3,645,000.00 |
| Pershing LLC | Al  Hernandez<br>Securities Corporation<br>1 Pershing Plaza<br>Jersey City  NJ 07399<br>Telephone: (201) 413-2446 | Bond Debt | | $2,550,000.00 |
| Stifel Financial Corp. | Chris Wiegand<br>Stifel Financial Corp.<br>501 N. Broadway, 7th Floor<br>Stock Record Dept.<br>St. Louis, MO  63102<br>Telephone: (314) 342-2270 | Bond Debt | | $2,205,000.00 |
| Jefferies & Company, Inc. | Charles Errigo<br>Jefferies & Company, Inc.<br>Harborside Financial Center<br>34 Exchange Place<br>Plaza III, Suite 705<br>Jersey City, NJ 07311<br>Telephone: (201) 761-4009 | Bond Debt | | $1,924,000.00 |

3

| Name of Creditor | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of Claim (trade debt, bank loan, government contract, etc.) | Indicate if Claim is contingent, unliquidated, disputed or subject to set-off | Amount of Claim (if secured also state value of security) |
|---|---|---|---|---|
| Foamex, L.P. | Foamex, L.P.<br>1000 Columbia Avenue<br>Linwood, PA 19061<br>Telephone: (610) 859-3000 | Trade Debt | | $1,394,301.49 |
| Wells Fargo Bank, NA | Lacey Peterson<br>Wells Bank, NA<br>733 Marquette Avenue<br>Mac N9306-057, 5th Floor<br>Minneapolis, MN 55479<br>Telephone: (612) 316-3447 | Bond Debt | | $1,250,000.00 |
| International Mattresses Co, S.A. de C.V. | Sr. Eduardo Espino<br>International Mattresses Co, S.A. de C.V. Blvd. Manuel Avila Camacho 36<br>Col. Lomas de Chapultepec<br>Torre Esmeralda II Piso 15<br>C.P.11000, Del. Miguel Hidalgo | Trade Debt | Contingent and/or Disputed | $1,236,857.00 |
| Future Foam, Inc. | Future Foam, Inc.<br>1610 Avenue N<br>Council Bluffs, IA 51501<br>Telephone: (712) 323-9122 | Trade Debt | | $1,083,855.95 |
| Davis Wire | Davis Wire<br>5555 Irwindale Avenue<br>Irwindale, CA 91706<br>Telephone: (626) 969-7651 | Trade Debt | | $579,454.21 |
| Hanes Converting, Co. | Hanes Converting, Co.<br>500 N. McLin Creek Road, Box 457<br>Conover, NC 28613<br>Telephone: (800) 438-9124 | Trade Debt | | $574,889.01 |
| Louisville Bedding Company | Louisville Bedding Company<br>10400 Bunsen Way<br>Louisville, KY 40299<br>Telephone: (502) 491-3370 | Trade Debt | | $530,988.21 |
| Vita Nonwovens | Vita Nonwovens<br>British Vita Group Sarl<br>Goldbell Center<br>5 rue Eugene Ruppert<br>L-1882 Luxemburg | Trade Debt | | $371,407.83 |
| Global Textile Alliance, Inc. | Global Textile Alliance, Inc.<br>5275 National Center Drive<br>Colfax, NC 27235<br>Telephone: (336) 217-1300 | Trade Debt | | $356,909.37 |
| DuPont Company | DuPont Company<br>P. O. Box 905552<br>Charlotte, NC 28290-5552<br>Telephone: (888) 553-0212 | Trade Debt | | $343,374.17 |
| Barrettewood USA, Inc. | Barrettewood USA, Inc.<br>7830 Freeway Circle<br>Middleburg Heights, OH 44130<br>Telephone: (417) 865-3563 | Trade Debt | | $327,534.21 |

| Name of Creditor | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of Claim (trade debt, bank loan, government contract, etc.) | Indicate if Claim is contingent, unliquidated, disputed or subject to set-off | Amount of Claim (if secured also state value of security) |
|---|---|---|---|---|
| Polymer Group, Inc. | Polymer Group, Inc.<br>9335 Harris Corners Parkway<br>Suite 300<br>Charlotte, NC  28269<br>Telephone: (704) 697-5100 | Trade Debt | | $321,813.21 |
| MSC/Retail | John Stahlman<br>MSC/Retail<br>Harborside Financial Center<br>Plaza 3, 4th Floor<br>Jersey City, NJ  07311<br>Telephone: (201) 395-6966 | Bond Debt | | $297,000.00 |
| Bekaert Textiles – USA, Inc. | Bekaert Textiles – USA, Inc.<br>240 Business Park Drive<br>Winston-Salem, NC  27107<br>Telephone: (336) 747-4900 | Trade Debt | | $287,795.12 |
| Ashley Furniture Industries, Inc. | Ashley Furniture Industries, Inc.<br>1 Ashley Way<br>Arcadia, WI 54612<br>Telephone: (608) 323-3377 | Trade Debt | Subject to Set-Off | $279,608.00 |
| Flexible Foam Products, Inc. | Flexible Foam Products, Inc.<br>200 E. North Street<br>Spencerville, OH  45887<br>Telephone: (419) 647-4172 | Trade Debt | | $277,992.08 |
| CULP, Inc. | CULP, Inc.<br>1823 Eastchester Drive<br>High Point, NC  27265<br>Telephone: (336) 889-5161 | Trade Debt | | $247,430.20 |
| Creative Vinyl/Fabrics Inc. | Creative Vinyl/Fabrics Inc.<br>277 Fairfield Rd.<br>Suite 212<br>Fairfield, NJ  07004<br>Telephone: (973) 882-3737 | Trade Debt | | $225,248.41 |
| FFKR Architects Inc. | P.O. Box 510324<br>Salt Lake City, UT 84141<br>Telephone: (801) 521-6186 | Trade Debt | | $190,920.00 |
| Latex International | Latex International<br>510 River Road<br>Shelton, CT  06484<br>Telephone: (203) 924-0700 | Trade Debt | | $186,054.29 |
| Mid South Extrusion, Inc. | Mid South Extrusion, Inc.<br>2015 Jackson Street<br>Monroe, LA  71202<br>Telephone: (318) 322-7239 | Trade Debt | | $172,262.88 |
| IWF KKH LLC dba King Kamehameh | c/o Stroud Group<br>9130 Red Branch Road<br>Suite S<br>Columbia, MD 21045<br>Telephone: (410) 964-2222 | Trade Debt | | $165,731.24 |
| Stanley Bostich Fastening System | The Stanley Works<br>1000 Stanley Drive<br>New Britain, CT  06053<br>Telephone: (860) 225-5111 | Trade Debt | | $156,455.85 |

RLF1 3504944V.1

| Name of Creditor | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of Claim (trade debt, bank loan, government contract, etc.) | Indicate if Claim is contingent, unliquidated, disputed or subject to set-off | Amount of Claim (if secured also state value of security) |
|---|---|---|---|---|
| Grand Casino Tunica | 13615 Old Highway 61 North Robinsonville, MS 38664 Telephone: (800) 946-4946 | Trade Debt | | $156,315.00 |
| AEP – Industries, Inc. | AEP – Industries, Inc. P.O. Box 8500-50590 Philadelphia, PA 19178-0001 Telephone: (201) 641-6600 | Trade Debt | | $134,634.93 |
| CIG LBV LLC c/o Carroll Adams | 805 E Robinson Street Suite 410 Windermere, FL 34786 Telephone: (407) 246-7770 | Trade Debt | | $126,600.00 |
| Blumenthal Print Works | P.O. Box 13395 New Orleans, LA 70185-3395 Telephone: (800) 535-8590 | Trade Debt | | $117,988.27 |
| Deslee Textiles USA | Deslee Textiles USA 1880 Campton Rd. Inman, SC 29349 Telephone: (864) 472-2180 | Trade Debt | | $115,134.44 |
| Tietex International Ltd. | Tietex International Ltd. 3010 N. Blackstock Road Spartanburg, SC 29301 Telephone: (864) 574-0500 | Trade Debt | | $114,579.92 |
| GS International | Vanessa Camardo GS International 30 Hudson Street Proxy Department Jersey City, NJ 07302 Telephone: (212) 902-9649 | Bond Debt | | $113,000.00 |

Dated:  November 16, 2009

By:    William S. Creekmuir
Title:   Executive Vice President, Chief Financial Officer, Treasurer and Assistant Secretary

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

--------------------------------------------------------x
                      :

In re                    :   **Chapter 11**

SIMMONS BEDDING COMPANY, *et al.*,  :   **Case No. 09-[_____]**

       Debtors.        :   **Joint Administration**
                    :   **Requested**

--------------------------------------------------------x

## DECLARATION CONCERNING LIST OF
## CREDITORS HOLDING 50 LARGEST UNSECURED CLAIMS

I, the undersigned authorized officer of Simmons Bedding Company, named as the debtor in this case (the "Debtor"), declare under penalty of perjury that I have read the foregoing Consolidated List of Creditors Holding 50 Largest Unsecured Claims against the Debtor and certain affiliated entities that have simultaneously commenced chapter 11 cases in this Court and that the list is true and correct to the best of my information and belief, with reliance on appropriate corporate officers.

Dated: November 16, 2009

By:    William S. Creekmuir
Title:  Executive Vice President, Chief
       Financial Officer, Treasurer &
       Assistant Secretary

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
-----------------------------------------------------x
                                          :
In re                                     :   Chapter 11
                                          :
SIMMONS BEDDING COMPANY, et al.,          :   Case No. 09-[_____]
                                          :
           Debtors.                       :   Joint Administration
                                          :   Requested
-----------------------------------------------------x
```

## CREDITOR MATRIX

The debtor and its debtor affiliates (collectively, the "Debtors") each filed a petition in this court on November 16, 2009 for relief under chapter 11 of the United States Bankruptcy Code, 11 U.S.C. §§ 101-1532.  Contemporaneously with the filing of the petitions, the Debtors filed a single consolidated list of creditors (the "Creditor Matrix") in lieu of separate lists.  The Creditor Matrix was submitted to the Court electronically in the case commenced by Simmons Bedding Company.

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

------------------------------------------------------x
|  | : |  |
|---|---|---|
| In re | : | **Chapter 11** |
|  | : |  |
| **SIMMONS BEDDING COMPANY**, *et al.*, | : | **Case No. 09-[_____]** |
|  | : |  |
| **Debtors.** | : | **Joint Administration** |
|  | : | **Requested** |

------------------------------------------------------x

## DECLARATION CONCERNING CREDITOR MATRIX

I, the undersigned authorized officer of Simmons Bedding Company, named as the debtor in this case, declare under penalty of perjury that I have reviewed the consolidated Creditor Matrix of Simmons Company; Bedding Holdco Incorporated; Simmons Bedding Company; The Simmons Manufacturing Co., LLC; Windsor Bedding Co.; World of Sleep Outlets, LLC; Simmons Contract Sales, LLC; Dreamwell, Ltd.; Simmons Capital Management, LLC and Simmons Export Co. submitted herewith and that the list is true and correct to the best of my information and belief, with reliance on appropriate corporate officers.

Dated:  November 16, 2009

By:     William S. Creekmuir
Title:  Executive Vice President, Chief
        Financial Officer, Treasurer &
        Assistant Secretary

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
--------------------------------------------------------x
                                        :
In re                                   :     Chapter 11
                                        :
SIMMONS BEDDING COMPANY, et al.,        :     Case No. 09-[_____]
                                        :
          Debtors.                      :     Joint Administration
                                        :     Requested
--------------------------------------------------------x
```

### LIST OF EQUITY SECURITY HOLDERS PURSUANT TO
### RULE 1007(a)(3) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

| Name and Last Known Address of Equity Interest Holder | Kind of Interest | Number of Interests Held |
|---|---|---|
| Bedding Holdco Incorporated One Concourse Parkway, Suite 800 Atlanta, Georgia 30328 | Common Stock, par value $.01 | 100% |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
--------------------------------------------------------x
                                          :
In re                                     :    Chapter 11
                                          :
SIMMONS BEDDING COMPANY, et al.,          :    Case No. 09-[_____]
                                          :
          Debtors.                        :    Joint Administration
                                          :    Requested
--------------------------------------------------------x
```

## DECLARATION UNDER PENALTY OF PERJURY

I, the undersigned authorized officer of Simmons Bedding Company, named as the debtor in this case, declare under penalty of perjury that I have reviewed the "List of Equity Security Holders" and that it is true and correct to the best of my knowledge, information and belief, with reliance on appropriate corporate officers.

Dated: November 16, 2009

SIMMONS BEDDING COMPANY

_____

By:   William S. Creekmuir
Title: Executive Vice President, Chief Financial
       Officer, Treasurer & Assistant Secretary

SIGNATURE PAGE FOR THE LIST OF EQUITY SECURITY HOLDERS