**ORIGINAL**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| SIMMONS COMPANY, | : | Case No. 09-14038 (MFW) |
| Debtor. | : | |
| Tax I.D. No. 20-0646221 | : | |

---

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| BEDDING HOLDCO INCORPORATED, | : | Case No. 09-14042 (MFW) |
| Debtor. | : | |
| Tax I.D. No. 20-0435929 | : | |

---

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| SIMMONS BEDDING COMPANY, | : | Case No. 09-14037 (MFW) |
| Debtor. | : | |
| Tax I.D. No. 13-3875743 | : | |

---

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| THE SIMMONS MANUFACTURING CO., LLC, | : | Case No. 09-14044 (MFW) |
| Debtor. | : | |
| Tax I.D. No. 36-4480960 | : | |

---

```
-------------------------------------------------------x
                                                       :
In re                                                  :   Chapter 11
                                                       :
WINDSOR BEDDING CO., LLC,                              :   Case No. 09-14041 (MFW)
                                                       :
            Debtor.                                    :
                                                       :
Tax I.D. No. 04-3758616                                :
-------------------------------------------------------x
                                                       :
In re                                                  :   Chapter 11
                                                       :
WORLD OF SLEEP OUTLETS, LLC,                           :   Case No. 09-14039 (MFW)
                                                       :
            Debtor.                                    :
                                                       :
Tax I.D. No. 36-4480957                                :
-------------------------------------------------------x
                                                       :
In re                                                  :   Chapter 11
                                                       :
SIMMONS CONTRACT SALES, LLC,                           :   Case No. 09-14040 (MFW)
                                                       :
            Debtor.                                    :
                                                       :
Tax I.D. No. 36-4482016                                :
-------------------------------------------------------x
                                                       :
In re                                                  :   Chapter 11
                                                       :
DREAMWELL, LTD.,                                       :   Case No. 09-14045 (MFW)
                                                       :
            Debtor.                                    :
                                                       :
Tax I.D. No. 52-2362419                                :
-------------------------------------------------------x
```

```
-----------------------------------------------------------------x
In re                                            :   Chapter 11
                                                 :
SIMMONS CAPITAL MANAGEMENT, LLC,                 :   Case No. 09-14043 (MFW)
                                                 :
        Debtor.                                  :
                                                 :
Tax I.D. No. 52-2362470                          :
-----------------------------------------------------------------x
                                                 :
In re                                            :   Chapter 11
                                                 :
SIMMONS EXPORT CO.,                              :   Case No. 09-14046 (MFW)
                                                 :
        Debtor.                                  :
                                                 :
Tax I.D. No. 26-1261370                          :
-----------------------------------------------------------------x
```

## ORDER PURSUANT TO RULE 1015(b) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE DIRECTING JOINT ADMINISTRATION OF CHAPTER 11 CASES

Upon the motion (the "Motion") of Simmons Bedding Company and certain of its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (collectively, the "Debtors"),[1] for entry of an order pursuant to Rule 1015(b) of the Bankruptcy Rules,[2] directing the joint administration of the Debtors' chapter 11 cases for procedural purposes only, all as more fully set forth in the Motion; and this Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to

---

[1] The Debtors in these chapter 11 cases, along with the last four (4) digits of each Debtor's federal tax identification number, are: Simmons Company (6221); Bedding Holdco Incorporated (5929); Simmons Bedding Company (5743); The Simmons Manufacturing Co., LLC (0960); Windsor Bedding Co., LLC (8616); World of Sleep Outlets, LLC (0957); Simmons Contract Sales, LLC (2016); Dreamwell, Ltd. (2419); Simmons Capital Management, LLC (2470); and Simmons Export Co. (1370). Dreamwell, Ltd. and Simmons Capital Management, LLC maintain their respective principal corporate offices at 2325-B Renaissance Drive, Suite 15, Las Vegas, Nevada 89119. Each of the other Debtors maintains its principal corporate office at One Concourse Parkway, Atlanta, Georgia 30328.

[2] Capitalized terms used and not otherwise defined herein shall have the meanings ascribed to them in the Motion.

28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided to the parties listed therein, and it appearing that no other or further notice need be provided; and this Court having determined that the relief sought in the Motion is in the best interests of the Debtors, their creditors, and all parties in interest; and the Court having determined that the legal and factual bases set forth in the Motion and the Declaration establish just cause for the relief granted herein; and upon all of the proceedings had before this Court and after due deliberation and sufficient cause appearing therefor,

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED in all respects.

2. The above-captioned chapter 11 cases are consolidated for procedural purposes only and shall be jointly administered by the Court under Case No. 09-14037 (MFW).

3. Nothing contained in this Order shall be deemed or construed as directing or otherwise affecting the substantive consolidation of any of the above-captioned cases.

4. The caption of the jointly administered cases shall read as follows:

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
In re                                          :    Chapter 11
                                               :
SIMMONS BEDDING COMPANY, *et al.*,             :    Case No. 09-14037 (MFW)
                                               :
        Debtors.[3]                            :    (Jointly Administered)
                                               :
                                               :
---------------------------------------------------------------x

5.  A docket entry shall be made in each of the above-captioned cases substantially as follows:

> An order has been entered in this case directing the procedural consolidation and joint administration of the chapter 11 cases of Simmons Company; Bedding Holdco Incorporated; Simmons Bedding Company; The Simmons Manufacturing Co., LLC; Windsor Bedding Co., LLC; World of Sleep Outlets, LLC; Simmons Contract Sales, LLC; Dreamwell, Ltd.; Simmons Capital Management, LLC; and Simmons Export Co. The docket in Case No. 09-14037 (MFW) should be consulted for all matters affecting this case.

6.  This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation and/or interpretation of this Order.

Dated: Nov. 19, 2009
Wilmington, Delaware

THE HONORABLE MARY F. WALRATH
UNITED STATES BANKRUPTCY JUDGE

---

[3] The Debtors in these chapter 11 cases, along with the last four (4) digits of each Debtor's federal tax identification number, are: Simmons Company (6221); Bedding Holdco Incorporated (5929); Simmons Bedding Company (5743); The Simmons Manufacturing Co., LLC (0960); Windsor Bedding Co., LLC (8616); World of Sleep Outlets, LLC (0957); Simmons Contract Sales, LLC (2016); Dreamwell, Ltd. (2419); Simmons Capital Management, LLC (2470); and Simmons Export Co. (1370). Dreamwell, Ltd. and Simmons Capital Management, LLC maintain their respective principal corporate offices at 2325-B Renaissance Drive, Suite 15, Las Vegas, Nevada 89119. Each of the other Debtors maintains its principal corporate office at One Concourse Parkway, Atlanta, Georgia 30328.