IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SIMMONS BEDDING COMPANY, *et al.*, | Case No. 09-14037 (MFW) |
| Debtors. | (Jointly Administered) |
| Debtors. | |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

KONSTANTINA HAIDOPOULOS, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On November 16, 2009, I caused to be served the "Notice of Filing of Bankruptcy Petitions and Related Pleadings and (II) Hearing on First Day Motions Scheduled for November 17, 2009 at 3:00 P.M.[1]," dated November 16, 2009 [Docket No. 22], by causing true and correct copies, enclosed securely in separate postage pre-paid envelopes to be delivered via overnight mail to those parties listed on the annexed Exhibit A, and via facsimile to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED: PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Konstantina Haidopoulos
Konstantina Haidopoulos

Sworn to before me this
20th day of November, 2009

/s/ Diane M. Streany
Notary Public

DIANE M. STREANY
Notary Public, State of New York
No. 01ST5003825
Qualified in Westchester County
Commission Expires November 2, 20 10

T:\Clients\Simmons\Affidavits\Ntc 1st Day Hrg_AFF_11-16-09.doc

**EXHIBIT A**

# SIMMONS BEDDING CO.
## SERVICE LIST

| Claim Name | Address Information |
|---|---|
| BANK OF AMERICA | ONE CONCOURSE PARKWAY, SUITE 800 ATLANTA GA 30328 |
| DEUTSCHE BANK | ONE CONCOURSE PARKWAY, SUITE 800 ATLANTA GA 30328 |
| FIRST HAWAIIAN BANK | ONE CONCOURSE PARKWAY, SUITE 800 ATLANTA GA 30328 |
| JP MORGAN CHASE | ONE CONCOURSE PARKWAY, SUITE 800 ATLANTA GA 30328 |
| NATIONAL PENN | ONE CONCOURSE PARKWAY, SUITE 800 ATLANTA GA 30328 |
| US BANK | ONE CONCOURSE PARKWAY, SUITE 800 ATLANTA GA 30328 |
| US BANK | 2215-B RENAISSANCE DRIVE, SUITE 12 LAS VEGAS NV 89119 |
| WACHOVIA BANK | ONE CONCOURSE PARKWAY, SUITE 800 ATLANTA GA 30328 |

**Total Creditor Count 8**

| NAME | ADDRESS1 | ADDRESS2 | ADDRESS3 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|
| INT'L MATTRESSES CO, S.A. DE C.V. | SR. EDUARDO ESPINO; BLVD. MANUEL AVILA | AVILA CAMACHO 36; COL. LOMAS DE | CHAPULTEPEC; TORRE ESMERALDA II PISO 15 | DEL MIGUEL HIDALGO | | CP 11000 | MEXICO |
| MSC/RETAIL | JOHN STAHLMAN | HARBORSIDE FINANCIAL CENTER | PLAZA 3, 4TH FLOOR | JERSEY CITY | NJ | 07311 | |
| ASHLEY FURNITURE INDUSTRIES, INC. | 1 ASHLEY WAY | | | ARCADIA | WI | 54612 | |
| CIG LBV LLC C/O CARROLL ADAMS | 805 E ROBINSON STREET | SUITE 410 | | WINDERMERE | FL | 34786 | |
| LANDIS RATH & COBB LLP | ATTN: RICHARD S. COBB, ESQ. | 919 NORTH MARKET STREET, STE 1800 | COUNSEL TO PURCHSERS | WILMINGTON | DE | 19890 | |

Global Textile Alliance, Inc.
5275 National Center Drive
Colfax, NC 27235

Creative Vinyl/Fabrics Inc.
277 Fairfield Rd., Suite 212
Fairfield, NJ 07004

Vita Nonwovens
British Vita Group Sarl
Goldbell Center
5 Rue Eugene Ruppert
Luxemburg, Germany L-1882

Foamex, L.P.
1000 Columbia Avenue
Linwood, PA 19061

# EXHIBIT B

| Name | Fax |
|---|---|
| PAUL DESHARNAIS | 617-537-6349 |
| VANESSA CAMARDO | 917-977-4059 |
| MELISSA TARASOVICH | 412-234-7244 |
| TIM RANDALL | 414-905-5395 |
| SANJAY GHULIANI | 469-477-2140 |
| VINCENT MARZELLA | 347-643-4625 |
| JAN GUZMAN | 816-860-4675 |
| ROBERT VALENTIN | 312-630-6936 |
| MICHAEL KANIA | 412-234-8430 |
| RANDY GRANT | 212-538-2026 |
| SANDRA HERNANDEZ | 813-604-1130 |
| DOROTA MALKIEWICZ | 201-418-6380 |
| JOHN MALLOY | 201-793-6652 |
| DARRIN NELSON | 214-988-5760 |
| RAY CONTE | 201-593-6664 |
| LEGGETT PLATT INC | 417-358-5840 |
| JIM GARDINER | 646-758-4667 |
| AL HERNANDEZ | 201-413-5263 |
| CHRIS WIEGAND | 314-342-8414 |
| CHARLES ERRIGO | 201-761-8952 |
| FOAMEX LP | 610-859-3035 |
| LACEY PETERSON | 612-316-3447 |
| FUTURE FOAM INC | 712-323-0158 |
| DAVIS WIRE | 626-334-4780 |
| HANES CONVERTING CO | 828-464-0459 |
| LOUISVILLE BEDDING COMPANY | 502-495-5346 |
| VITA NONWOVENS | 336-431-7187 |
| GLOBAL TEXTILE ALLIANCE INC | 336-217-1300 |
| DUPONT COMPANY | 302-355-4236 |
| BARRETTEWOOD USA INC | 450-357-7050 |
| POLYMER GROUP INC | 704-697-5116 |
| BEKAERT TEXTILES USA INC | 336-747-4901 |
| FLEXIBLE FOAM PRODUCTS INC | 419-647-6720 |
| CULP INC | 336-881-8617 |
| CREATIVE VINYL FABRICS INC | 973-882-3737 |
| FFKR ARCHITECTS INC | 801-539-1916 |
| LATEX INTERNATIONAL | 203-924-0543 |
| MID SOUTH EXTRUSION INC | 318-325-7524 |
| IWF KKH LLC DBA KING KAMEHAMEH | 410-964-2224 |
| STANLEY BOSTICH FASTENING SYSTEM | 860-827-3895 |
| GRAND CASINO TUNICA | 662-357-3355 |
| AEP INDUSTRIES INC | 201-931-2011 |
| BLUMENTHAL PRINT WORKS | 504-822-2147 |

| Name | Phone |
|---|---|
| DESLEE TEXTILES USA | 864-472-2182 |
| TIETEX INTERNATIONAL LTD | 864-574-9490 |
| VANESSA CAMARDO | 917-977-4059 |
| ANDREW DIETDERICH | 212-558-3588 |
| MORRIS MASSEL | 212-455-2502 |
| JASON FRIEDMAN | 212-455-2502 |
| PETER PANTELEO | 212-455-2502 |
| SANDEEP QUSBA | 212-455-2502 |
| B HERMANN  J DAMBRUOSO | 212-757-3990 |
| ALLAN BRILLIANT | 212-355-3333 |
| J SCHLERF  S NIEDERMAN | 302-656-8920 |
| R LEEMRIJSE  N RAHEMTULLA | 416-730-5082 |
| R LEEMRIJSE  N RAHEMTULLA | 310-432-8641 |
| VINCENT D AMORE | 212-797-5695 |
| UNITED STATES TRUSTEE | 302-573-6497 |
| TODD WANEK | 608-323-6139 |