IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x
: 
**In re** : Chapter 11
:
SIMMONS BEDDING COMPANY, *et al.*, : Case No. 09-14037 (MFW)
:
Debtors. : Jointly Administered
:
------------------------------------------------------------x  Re: Docket No. 68

### ORDER (I) EXTENDING THE TIME TO FILE (A) SCHEDULES OF ASSETS AND LIABILITIES, (B) SCHEDULES OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES, AND (C) STATEMENTS OF FINANCIAL AFFAIRS; AND (II) PERMANENTLY WAIVING THE REQUIREMENTS TO FILE THE SAME UPON CONFIRMATION OF THE PLAN

Based on the motion (the "Motion") of Simmons Bedding Company and certain of its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (collectively, the "Debtors"),[1] pursuant to Rules 1007 and 9006 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rule 1007-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), for entry of an order (i) granting an extension of the time within which the Debtors may file their Schedules,[2] and (ii) waiving the requirements to file the same upon the effective date of the Plan; and upon consideration of the Declaration of William S. Creekmuir in Support of the Debtors' Chapter 11 Petitions and Request for First Day Relief; and

---

[1] The Debtors in these chapter 11 cases, along with the last four (4) digits of each Debtor's federal tax identification number, are: Simmons Company (6221); Bedding Holdco Incorporated (5929); Simmons Bedding Company (5743); The Simmons Manufacturing Co., LLC (0960); Windsor Bedding Co., LLC (8616); World of Sleep Outlets, LLC (0957); Simmons Contract Sales, LLC (2016); Dreamwell, Ltd. (2419); Simmons Capital Management, LLC (2470); and Simmons Export Co. (1370). Dreamwell, Ltd. and Simmons Capital Management, LLC maintain their respective principal corporate offices at 2215-B Renaissance Drive, Suite 12, Las Vegas, Nevada 89119. Each of the other Debtors maintains its principal corporate office at One Concourse Parkway, Atlanta, Georgia 30328.

[2] Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Motion.

the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided to the parties listed therein, and it appearing that no other or further notice need be provided; and the Court having determined that the relief sought in the Motion is in the best interests of the Debtors, their creditors, and all parties in interest; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor,

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. The time within which the Debtors must file their Schedules is extended for an additional period of 60 days beyond the 30-day extension provided for pursuant to Local Rule 1007-1(b), to February 14, 2009 (the "<u>Filing Deadline</u>").

3. Such extension is without prejudice to the Debtors' right to request a further extension of time within which to file the Schedules, and upon the consent of the U.S. Trustee and submission of a certification of counsel, an extension may be granted without further motion practice on this subject in these cases.

4. In the event that the effective date of the Plan occurs before the Filing Deadline (as such date may hereafter be modified), the requirement that the Debtors file their Schedules shall be permanently waived.

RLF1-3508048-1

5. This Court retains jurisdiction with respect to all matters arising from or related to the interpretation or implementation of this Order.

Dated: Dec. 9, 2009
Wilmington, Delaware

*[signature]*
THE HONORABLE MARY F. WALRATH
UNITED STATES BANKRUPTCY JUDGE

RLF1-3508048-1