# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x

In re:                                                    :     **Chapter 11**
                                                          :
**SIMMONS BEDDING COMPANY,** *et al.* ,                    :     **Case No. 09-14037 (MFW)**
                                                          :
        **Debtors.**[1]                           :     **Jointly Administered**
                                                          :
                                                          :     **Hearing Date: April 5, 2010 at 3:00 p.m.**
                                                          :     **Objection Deadline: March 25, 2010 at 4:00 p.m.**
                                                          :

---------------------------------------------------- x

## SUMMARY OF SECOND MONTHLY AND FINAL APPLICATION OF RICHARDS, LAYTON & FINGER, P.A. FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS CO-COUNSEL TO DEBTORS AND DEBTORS-IN-POSSESSION FOR THE PERIOD FROM NOVEMBER 16, 2009 THROUGH JANUARY 20, 2010

| | |
|---|---|
| Name of Applicant: | Richards, Layton & Finger, P.A. |
| Authorized to Provide Professional Services to: | the above-captioned debtors and debtors-in-possession |
| Date of Retention: | December 9, 2009, *nunc pro tunc* to November 16, 2009 |
| Monthly period for which compensation and reimbursement are sought: | January 1, 2010 through January 20, 2010 |
| Final period for which compensation and reimbursement are sought: | November 16, 2009 through January 20, 2010 |
| Amount of Monthly Compensation sought as actual, reasonable, and necessary | $21,671.50 |
| Amount of Monthly Expense Reimbursement sought as actual, reasonable, and necessary | $2,724.36 |

---

[1] The Debtors in these chapter 11 cases, along with the last four (4) digits of each Debtor's federal tax identification number, are: Simmons Company (6221); Bedding Holdco Incorporated (5929); Simmons Bedding Company (5743); The Simmons Manufacturing Co., LLC (0960); Windsor Bedding Co., LLC (8616); World of Sleep Outlets, LLC (0957); Simmons Contract Sales, LLC (2016); Dreamwell, Ltd. (2419); Simmons Capital Management, LLC (2470); and Simmons Export Co. (1370). Dreamwell, Ltd. and Simmons Capital Management, LLC maintain their respective principal corporate offices at 2215-B Renaissance Drive, Suite 12, Las Vegas, Nevada 89119. Each of the other Debtors maintains its principal corporate office at One Concourse Parkway, Atlanta, Georgia 30328.

Amount of Final Compensation sought
as actual, reasonable, and necessary                    $96,027.50

Amount of Final Expense Reimbursement
sought as actual, reasonable, and necessary             $16,343.76

This is a(n):  _X_ Monthly ____ Interim  _X_ Final Application

Prior Application(s) Filed:

| Fee Application Period, Filing Date, Docket No. | Total Fees Requested | Total Expenses Requested | Amount of Fees Authorized to be Paid to Date | Amount of Expenses Authorized to be Paid to Date | Status |
|---|---|---|---|---|---|
| First Monthly Fee Application<br><br>11/16/09 through 12/31/09<br><br>Filed 1/29/10 [Docket No. 257] | $74,356.00 | $13,619.40 | $59,484.80 | $13,619.40 | CNO Filed: 2/26/10 [Docket No. 284] |

## MONTHLY COMPENSATION BY PROFESSIONAL
### JANUARY 1, 2010 THROUGH JANUARY 20, 2010

| Name of Professional Individual | Position, year assumed position, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Mark D. Collins | Joined firm as associate in 1993. Director in 1998. Member of DE Bar since 1991. | $675 | 3.3 | $2,227.50 |
| William Haubert | Joined firm as associate in 1992. Director in 1999. Member of DE Bar since 1992. | $650 | 5.5 | $3,575.00 |
| Michael J. Merchant | Joined firm as associate in 1999. Director in 2006. Member of DE Bar since 1999. | $525 | 1.9 | $997.50 |
| Brigitte V. Fresco | Joined firm as associate in 1995. Counsel in 2005. Member of DE Bar since 1996. | $425 | 2.5 | $1,062.50 |
| Jason M. Madron | Joined firm as associate in 2003. Member of DE Bar since 2003. | $390 | 9.7 | $3,783.00 |
| Richard B. Carroll | Joined firm as associate in 2007. Member of DE Bar since 2007. | $290 | 0.5 | $145.00 |
| Travis A. McRoberts | Joined firm as associate in 2008. Member of DE Bar since 2009. | $255 | 16.8 | $4,284.00 |
| Tracy A. Cameron | Paralegal since 2005. Joined firm in 1992. | $195 | 20.4 | $3,978.00 |
| Ann Jerominski | Paralegal since 1995. Registered Paralegal since 2000. Joined firm in 2000. | $195 | 3.1 | $604.50 |
| William H. Pusey | Paralegal since 1998. Joined firm in 1998. | $195 | 2.3 | $448.50 |
| Marisa C. DeCarli | Paralegal since 2009. Joined firm in 2009. | $195 | 1.9 | $370.50 |

3

| Name of Professional Individual | Position, year assumed position, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Cathy M. Greer | Paralegal since 1995. Joined firm in 2000. | $195 | 0.9 | $175.50 |
| Brenda D. Tobin | Case Management Assistant. | $100 | 0.2 | $20.00 |
| **TOTAL** | | | **69.0** | **$21,671.50** |

| | |
|---|---|
| Grand Total | $21,671.50 |
| Attorney Compensation | $16,074.50 |
| Total Attorney Hours | 40.2 |
| Blended Rate | $399.86 |

4

## FINAL COMPENSATION BY PROFESSIONAL
### NOVEMBER 16, 2009 THROUGH JANUARY 20, 2010

| Name of Professional Individual | Position, year assumed position, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Mark D. Collins | Joined firm as associate in 1993. Director in 1998. Member of DE Bar since 1991. | $675 | 17.4 | $11,745.00 |
| William Haubert | Joined firm as associate in 1992. Director in 1999. Member of DE Bar since 1992. | $650 | 9.0 | $5,850.00 |
| Michael J. Merchant | Joined firm as associate in 1999. Director in 2006. Member of DE Bar since 1999. | $525 | 43.5 | $22,837.50 |
| Brigitte V. Fresco | Joined firm as associate in 1995. Counsel in 2005. Member of DE Bar since 1996. | $425 | 2.9 | $1,232.50 |
| Jason M. Madron | Joined firm as associate in 2003. Member of DE Bar since 2003. | $390<br>$345 | 9.7<br>40.1 | $3,783.00<br>$13,834.50 |
| Richard B. Carroll | Joined firm as associate in 2007. Member of DE Bar since 2007. | $290 | 0.5 | $145.00 |
| Lee E. Kaufman | Joined firm as associate in 2006. Member of DE Bar since 2006. | $275 | 2.0 | $550.00 |
| Marisa Terranova | Joined firm as associate in 2009. Member of NJ Bar since 2008. Member of DE Bar since 2009. | $245 | 3.1 | $759.50 |
| Zachary I. Shapiro | Joined firm as associate in 2007. Member of DE Bar since 2008. | $245 | 0.5 | $122.50 |
| Andrew C. Irgens | Joined firm as associate in 2008. Member of DE Bar since 2009. | $230 | 0.2 | $46.00 |

RLF1 3536539v.1

| Name of Professional Individual | Position, year assumed position, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Travis A. McRoberts | Joined firm as associate in 2008. Member of DE Bar since 2009. | $255<br>$230 | 16.8<br>42.5 | $4,284.00<br>$9,775.00 |
| Tyler Semmelman | Joined firm as associate in 2009. Member of DE Bar since 2009. | $230 | 0.6 | $138.00 |
| Tracy A. Cameron | Paralegal since 2005. Joined firm in 1992. | $195 | 66.7 | $13,006.50 |
| Marisa C. DeCarli | Paralegal since 2009. Joined firm in 2009. | $195 | 11.1 | $2,164.50 |
| Ann Jerominski | Paralegal since 1995. Registered Paralegal since 2000. Joined firm in 2000. | $195 | 8.5 | $1,657.50 |
| Barbara J. Witters | Paralegal since 2000. Joined firm in 2000. | $195 | 6.8 | $1,326.00 |
| Cathy M. Greer | Paralegal since 1995. Joined firm in 2000. | $195 | 3.6 | $702.00 |
| Aja E. McDowell | Paralegal since 2003. Joined firm in 2002. | $195 | 2.4 | $468.00 |
| William H. Pusey | Paralegal since 1998. Joined firm in 1998. | $195 | 2.3 | $448.50 |
| Rebecca V. Speaker | Paralegal since 2002. Joined firm in 2001. | $195 | 1.0 | $195.00 |
| Janel Gates | Paralegal since 2007. Joined firm in 2007. | $195 | 0.3 | $58.50 |
| Jamie E. Schairer | Paralegal since 2009. Joined firm in 2009. | $195 | 0.3 | $58.50 |
| Brenda D. Tobin | Case Management Assistant. | $100 | 8.4 | $840.00 |
| **TOTAL** | | | **300.2** | **$96,027.50** |

Grand Total     $96,027.50
Attorney Compensation     $75,102.50
Total Attorney Hours     188.8
Blended Rate     $397.79

6

## MONTHLY COMPENSATION BY PROJECT CATEGORY
## JANUARY 1, 2010 THROUGH JANUARY 20, 2010

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Case Administration (A) | 7.5 | $1,754.00 |
| Creditor Inquiries (B) | 0.1 | $19.50 |
| Meetings (C) | 0.0 | $0.00 |
| Executory Contracts/Unexpired Leases (D) | 2.0 | $603.00 |
| Automatic Stay/Adequate Protection (E) | 0.0 | $0.00 |
| Plan of Re-Organization/Disclosure Statement (F) | 17.6 | $5,761.50 |
| Use, Sale, Lease of Assets (G) | 1.0 | $349.50 |
| Cash Collateral/DIP Financing (H) | 0.0 | $0.00 |
| Claims Administration (I) | 0.5 | $97.50 |
| Court Hearings (J) | 16.4 | $3,903.00 |
| General Corporate/Real Estate (K) | 11.1 | $5,348.00 |
| Schedules/SOFA/U.S. Trustee Reports (L) | 0.1 | $39.00 |
| Employee Issues (M) | 0.0 | $0.00 |
| Environmental (N) | 0.0 | $0.00 |
| Tax Issues (O) | 0.0 | $0.00 |
| Litigation/Adversary Proceedings (P) | 0.0 | $0.00 |
| RL&F Retention (Q-1) | 0.0 | $0.00 |
| Retention of Others (Q-2) | 8.5 | $2,608.50 |
| RL&F Fee Applications (R-1) | 3.0 | $585.00 |
| Fee Applications of Others (R-2) | 1.2 | $603.00 |
| Vendor/Supplies (S) | 0.0 | $0.00 |
| Non-Working Travel (T) | 0.0 | $0.00 |
| Utilities (U) | 0.0 | $0.00 |
| Insurance (V) | 0.0 | $0.00 |
| **TOTAL** | **69.0** | **$21,671.50** |

RLF1 3536539v.1

## FINAL COMPENSATION BY PROJECT CATEGORY
## NOVEMBER 16, 2009 THROUGH JANUARY 20, 2010

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Case Administration (A) | 28.3 | $6,534.50 |
| Creditor Inquiries (B) | 8.0 | $1,640.50 |
| Meetings (C) | 1.0 | $417.00 |
| Executory Contracts/Unexpired Leases (D) | 9.8 | $3,768.50 |
| Automatic Stay/Adequate Protection (E) | 0.0 | $0.00 |
| Plan of Re-Organization/Disclosure Statement (F) | 39.1 | $13,013.50 |
| Use, Sale, Lease of Assets (G) | 11.7 | $4,000.00 |
| Cash Collateral/DIP Financing (H) | 4.8 | $1,859.00 |
| Claims Administration (I) | 0.9 | $238.50 |
| Court Hearings (J) | 112.0 | $33,150.00 |
| General Corporate/Real Estate (K) | 15.7 | $8,034.50 |
| Schedules/SOFA/U.S. Trustee Reports (L) | 10.8 | $4,730.50 |
| Employee Issues (M) | 10.3 | $3,353.00 |
| Environmental (N) | 0.0 | $0.00 |
| Tax Issues (O) | 2.6 | $729.00 |
| Litigation/Adversary Proceedings (P) | 0.0 | $0.00 |
| RL&F Retention (Q-1) | 2.7 | $1,009.50 |
| Retention of Others (Q-2) | 29.9 | $10,048.00 |
| RL&F Fee Applications (R-1) | 6.1 | $1,277.50 |
| Fee Applications of Others (R-2) | 2.0 | $834.00 |
| Vendor/Supplies (S) | 1.4 | $320.50 |
| Non-Working Travel (T) | 0.0 | $0.00 |
| Utilities (U) | 2.7 | $961.50 |
| Insurance (V) | 0.4 | $108.00 |
| **TOTAL** | **300.2** | **$96,027.50** |

RLF1 3536539v.1

## MONTHLY EXPENSE SUMMARY
## JANUARY 1, 2010 THROUGH JANUARY 20, 2010

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Facsimile | | $0.00 |
| Long Distance Telephone | | $63.02 |
| In-House Reproduction (Duplication/Printing) | Photocopying: 7,611 @ $.10/pg. Printing: 5,038 @ $.10/pg. | $1,264.90 |
| Outside Reproduction | | $0.00 |
| Legal Research | | $0.00 |
| Filing/Court Fees | Parcels, U.S. District Court | $124.50 |
| Court Reporting | J & J Court Transcribers, Inc. | $117.00 |
| Travel Expenses | | $118.10 |
| Inside Courier & Expense Carriers | | $0.00 |
| Outside Courier & Expense Carriers | Blue Marble, Federal Express | $216.56 |
| Postage | | $0.00 |
| Binding | | $12.00 |
| Business Meals | *See chart below* | $268.70 |
| Document Retrieval | Pacer | $164.58 |
| Record Retrieval | | $0.00 |
| Room Rental | | $0.00 |
| Professional Services | | $0.00 |
| Overtime | | $0.00 |
| Stationary Supplies | | $0.00 |
| Information Services | | $0.00 |
| RL&F Service Corp. | | $375.00 |
| **TOTAL** | | **$2,724.36** |

9

## BUSINESS MEAL DETAIL

| Date Posted | Provider | Meal & # of people | Description | Amount |
|---|---|---|---|---|
| 1/5/2010 | Rodney Grille | Breakfast for 12 | Working breakfast preparing for confirmation hearing with client and co-counsel. | $149.30 |
| 1/5/2010 | Rodney Grille | Lunch for 12 | Working lunch following confirmation hearing with client and co-counsel. | $119.40 |
| **TOTAL** | | | | **$268.70** |

RLF1 3536539v.1

## FINAL EXPENSE SUMMARY
### NOVEMBER 16, 2009 THROUGH JANUARY 20, 2010

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Facsimile | | $0.00 |
| Long Distance Telephone | Intercall | $529.83 |
| In-House Reproduction (Duplication/Printing) | Photocopying: 10,057 @ $.10/pg. Printing: 15,398 @ $.10/pg. | $2,545.50 |
| Outside Reproduction | Blue Marble, Reliable | $3,905.55 |
| Legal Research | Westlaw | $16.92 |
| Filing/Court Fees | American Express; CourtCall LLC; Parcels, Inc.; U.S. District Court (*pro hac vice* fees) | $5,391.50 |
| Court Reporting | Diaz Data Services; Jennifer Ryan Enslen; J&J Court Transcribers, Inc. | $375.25 |
| Travel Expenses | | $118.10 |
| Inside Courier & Expense Carriers | | $0.00 |
| Outside Courier & Expense Carriers | Blue Marble, Federal Express | $441.63 |
| Postage | | $0.00 |
| Binding | | $18.00 |
| Business Meals | [See above chart and previously filed Monthly Fee Application] | $1,230.44 |
| Document Retrieval | Pacer | $340.58 |
| Record Retrieval | | $0.00 |
| Room Rental | | $0.00 |
| Professional Services | | $0.00 |
| Overtime | | $1,055.46 |
| Stationary Supplies | | $0.00 |
| Information Services | | $0.00 |
| RL&F Service Corp. | | $375.00 |
| **TOTAL** | | **$16,343.76** |

RLF1 3536539v.1

--------------------------------------------------------------- x

In re:                              :     **Chapter 11**

                                   :

**SIMMONS BEDDING COMPANY, *et al.*,**   :     **Case No. 09-14037 (MFW)**

                                   :

            **Debtors.**[1]         :     **Jointly Administered**

                                   :

                                   :     **Hearing Date: April 5, 2010 at 3:00 p.m.**

                                   :     **Objection Deadline: March 25, 2010 at 4:00 p.m.**

--------------------------------------------------------- x

## SECOND MONTHLY AND FINAL APPLICATION OF RICHARDS, LAYTON & FINGER, P.A. FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS CO-COUNSEL TO DEBTORS AND DEBTORS-IN-POSSESSION FOR THE PERIOD FROM NOVEMBER 16, 2009 THROUGH JANUARY 20, 2010

Pursuant to sections 330 and 331 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and the Court's *Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals,* dated December 9, 2009 [Docket No. 125] (the "Administrative Order"), Richards, Layton & Finger, P.A. ("RL&F") hereby files this Second Monthly and Final Application for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Co-Counsel to the Debtors and Debtors-In-Possession for the Period From November 16, 2009 through January 20, 2010 (the "Application"). By this Application, RL&F seeks a monthly allowance pursuant to the Administrative Order with respect to the sums of $21,671.50 as compensation and $2,724.36 for

---

[1] The Debtors in these chapter 11 cases, along with the last four (4) digits of each Debtor's federal tax identification number, are: Simmons Company (6221); Bedding Holdco Incorporated (5929); Simmons Bedding Company (5743); The Simmons Manufacturing Co., LLC (0960); Windsor Bedding Co., LLC (8616); World of Sleep Outlets, LLC (0957); Simmons Contract Sales, LLC (2016); Dreamwell, Ltd. (2419); Simmons Capital Management, LLC (2470); and Simmons Export Co. (1370). Dreamwell, Ltd. and Simmons Capital Management, LLC maintain their respective principal corporate offices at 2215-B Renaissance Drive, Suite 12, Las Vegas, Nevada 89119. Each of the other Debtors maintains its principal corporate office at One Concourse Parkway, Atlanta, Georgia 30328.

reimbursement of actual and necessary expenses for a total of $24,395.86 for the period January 1, 2010 through and including January 20, 2010 (the "Monthly Compensation Period") and a final allowance pursuant to the Administrative Order with respect to the sums of $96,027.50 as compensation and $16,343.76 for reimbursement of actual and necessary expenses for a total of $112,371.26 for the period November 16, 2009 through and including January 20, 2010 (the "Final Compensation Period").  In support of this Application, RL&F respectfully represents as follows:

## Background

1.     On November 16, 2009, (the "Petition Date"), each of the Debtors filed voluntary petitions for relief (collectively, the "Debtors") under chapter 11 of the Bankruptcy Code.

2.     On December 9, 2009, this Court entered an order authorizing the retention of RL&F as co-counsel to the Debtors, *nunc pro tunc* to November 16, 2009 (the "Retention Order").  The Retention Order authorized RL&F to be compensated on an hourly basis and to be reimbursed for actual and necessary out-of-pocket expenses.

## Compensation Paid and Its Source

3.     All services for which compensation is requested by RL&F were performed for or on behalf of the Debtors.

4.     Except to the extent of the retainer paid to RL&F as described in the application seeking approval of RL&F's employment by the Debtors during the period covered by this Application, RL&F has received no payment and no promises for payment from any source for services rendered or to be rendered in any capacity whatsoever in connection with the matters covered by this Application.  There is no agreement or understanding between RL&F

and any other person other than the directors of RL&F for the sharing of compensation to be received for services rendered in these cases.

## Fee Statements

5.     The fee statement for the Monthly Compensation Period is attached hereto as Exhibit A. The fee statements for the Final Compensation Period include the fee statement for the Monthly Compensation Period as well as the fee statements that were attached as Exhibit A to each of the previously filed monthly fee applications. These statements contains daily time logs describing the time spent by each attorney and paraprofessional for this period. To the best of RL&F's knowledge, this Application complies with sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the Guidelines adopted by the Office of the United States Trustee, Local Rule 2016-2, and the Administrative Order.

## Actual and Necessary Expenses

6.     A summary of actual and necessary expenses and daily logs of expenses incurred by RL&F during the Monthly Compensation Period is attached hereto as Exhibit B. A summary of actual and necessary expenses and daily logs of expenses incurred by RL&F during the Final Compensation Period include the daily logs of expenses incurred by RL&F during the Monthly Compensation Period as well as the daily logs of expenses that were attached as Exhibit B to each of the previously filed monthly fee applications. RL&F charges all of its bankruptcy clients $0.10 per page for photocopying expenses and $0.10 per page for printing jobs of ten pages or larger. RL&F also charges all of its clients $0.25 per page for out-going facsimile transmissions. Actual long-distance carrier charges for outgoing facsimile transmissions are reflected in the long-distance telephone charges.

RLF1 3536539v.1

7.     Regarding providers of on-line legal research (e.g., LEXIS and WESTLAW), RL&F charges all of its clients the standard usage rates these providers charge, which, due to contractual flat fees, may not always equal RL&F's actual cost. RL&F currently is under contract to pay these providers a flat fee every month. Charging its clients the on-line providers' standard usage rates allows RL&F to cover adequately the monthly flat fees it must pay to these types of providers.

8.     RL&F believes the foregoing rates are the market rates that the majority of law firms charges clients for such services. In addition, RL&F believes that such charges are in accordance with the American Bar Association's ("ABA") guidelines, as set forth in the ABA's Statement of Principles, dated January 12, 1995, regarding billing for disbursements and other charges.

### Summary of Services Rendered

9.     The directors and associates of RL&F who have rendered professional services in these cases for the Monthly Compensation Period are as follows: Mark D. Collins, William Haubert, Michael J. Merchant, Brigitte V. Fresco, Jason M. Madron, Richard B. Carroll and Travis A. McRoberts. The paraprofessionals of RL&F who have provided service to these attorneys in these cases for the Monthly Compensation Period are as follows: Tracy A. Cameron, Ann Jerominski, William H. Pusey, Marisa C. DeCarli, Cathy M. Greer and Brenda D. Tobin. The directors and associates of RL&F who have rendered professional services in these cases for the Final Compensation Period are as follows: Mark D. Collins, William Haubert, Michael J. Merchant, Brigitte V. Fresco, Jason M. Madron, Richard B. Carroll, Lee E. Kaufman, Marisa Terranova, Zachary I. Shapiro, Andrew C. Irgens, Travis A. McRoberts and Tyler Semmelman. The paraprofessionals of RL&F who have provided service to these attorneys in these cases for

4

the Final Compensation Period are as follows: Tracy A. Cameron, Marisa C. DeCarli, Ann Jerominski, Barbara J. Witters, Cathy M. Greer, Aja E. McDowell, William H. Pusey, Rebecca V. Speaker, Janel Gates, Jamie E. Schairer and Brenda D. Tobin.

10.    RL&F, by and through the above-named persons, has prepared and/or assisted in the preparation of various applications and orders submitted to the Court for consideration, advised the Debtors on a regular basis with respect to various matters in connection with these cases, and has performed all necessary professional services which are described and narrated in detail hereinafter.

### Summary of Services By Project

11.    The services rendered by RL&F during the Monthly Compensation Period and the Final Compensation Period can be grouped into the categories set forth below. These categories are generally described below, with a more detailed identification of the actual services provided set forth on Exhibit A attached hereto and Exhibit A attached to each of the previously filed monthly fee applications. The attorneys and paraprofessionals who rendered services relating to each category are identified, along with the number of hours for each individual and the total compensation sought for each category, on Exhibit A attached hereto and Exhibit A attached to each of the previously filed monthly fee applications.

A.    Case Administration/Miscellaneous Matters

Monthly Compensation Period: Fees: $1,754.00; Total Hours: 7.5

Final Compensation Period: Fees: $6,534.50; Total Hours: 28.3

This category includes all matters related to filing documents with the Court, service thereof, maintenance of calendars, communications with the U.S. Trustee, review of work in process reports, review of notices of appearance and maintaining service lists.

B.   Creditor Inquiries

Monthly Compensation Period:  Fees: $19.50; Total Hours: 0.1

Final Compensation Period:  Fees: $1,640.50; Total Hours: 8.0

This category includes all matters related to responding to creditor inquiries.

C.   Meetings

Monthly Compensation Period:  Fees: $0.00; Total Hours: 0.0

Final Compensation Period:  Fees: $417.00; Total Hours: 1.0

This category includes all matters related to preparing for and attending meetings with Debtors, the creditors' committees, individual creditors, the U.S. Trustee and co-counsel.

D.   Executory Contracts/Unexpired Leases

Monthly Compensation Period:  Fees: $603.00; Total Hours: 2.0

Final Compensation Period:  Fees: $3,768.50; Total Hours: 9.8

This category includes all matters related to contract and lease analysis and matters related to assumption, assignment or rejection of executory contracts and unexpired leases.

E.   Automatic Stay/Adequate Protection

Monthly Compensation Period:  Fees: $0.00; Total Hours: 0.0

Final Compensation Period:  Fees: $0.00; Total Hours: 0.0

This category includes all matters related to and including all motions to modify the automatic stay, issues related to the effect of the automatic stay or pending matters, and all other types of actions where adequate protection is the central issue.

F. Plan of Reorganization/Disclosure Statement

Monthly Compensation Period: Fees: $5,761.50; Total Hours: 17.6

Final Compensation Period: Fees: $13,013.50; Total Hours: 39.1

This category includes all matters related to review, formulation, negotiation, preparation and promulgation of plans of reorganization, disclosure statements, and related corporate documentation and research relating thereto.

G. Use, Sale, Lease of Assets

Monthly Compensation Period: Fees: $349.50; Total Hours: 1.0

Final Compensation Period: Fees: $4,000.00; Total Hours: 11.7

This category includes all matters relating to acquisitions, dispositions and other postpetition uses of property of the estate.

H. Cash Collateral/DIP Financing

Monthly Compensation Period: Fees: $0.00; Total Hours: 0.0

Final Compensation Period: Fees: $1,859.00; Total Hours: 4.8

This category includes all matters relating to negotiation and documentation of debtor in possession financing and post-confirmation financing, all cash collateral issues and related pleadings.

I. Claims Administration

Monthly Compensation Period: Fees: $97.50; Total Hours: 0.5

Final Compensation Period: Fees: $238.50; Total Hours: 0.9

This category includes all matters related to and including claims administration matters and bar date matters, including claims objections and related contested matters.

RLF1 3536539v.1

J.    Court Hearings

Monthly Compensation Period:  Fees: $3,903.00; Total Hours: 16.4

Final Compensation Period:  Fees: $33,150.00; Total Hours: 112.0

This category includes all matters relating to preparation for and attendance at court hearings.

K.    General Corporate/Real Estate

Monthly Compensation Period:  Fees: $5,348.00; Total Hours: 11.1

Final Compensation Period:  Fees: $8,034.50; Total Hours: 15.7

This category includes all matters relating to transactional, corporate governance and related matters involving the Debtors' business operations that are not part of a plan of reorganization or disclosure statement.

L.    Schedules/SOFA/U.S. Trustee Reports

Monthly Compensation Period:  Fees: $39.00; Total Hours: 0.1

Final Compensation Period:  Fees: $4,730.50; Total Hours: 10.8

This category includes preparation of schedules and amendments, statements of financial affairs and amendments, operating reports and other reports required by the U.S. Trustee or Bankruptcy Court.

M.    Employee Issues

Monthly Compensation Period:  Fees: $0.00; Total Hours: 0.0

Final Compensation Period: Fees:  $3,353.00; Total Hours: 10.3

This category includes all matters related to employee wages, benefits, collective bargaining issues, other employee relations matters, ERISA, and retirement benefits.

N. Environmental

Monthly Compensation Period: Fees: $0.00; Total Hours: 0.0

Final Compensation Period: Fees: $0.00; Total Hours: 0.0

This category includes all environmental matters, other than environmental aspects of plan of reorganization.

O. Tax Issues

Monthly Compensation Period: Fees: $0.00; Total Hours: 0.0

Final Compensation Period: Fees: $729.00; Total Hours: 2.6

This category includes all federal and state income, property, employment, excise and other tax matters, other than the tax aspects of plan of reorganization.

P. Litigation/Adversary Proceedings

Monthly Compensation Period: Fees: $0.00; Total Hours: 0.0

Final Compensation Period: Fees: $0.00; Total Hours: 0.0

This category includes all matters relating to litigation and adversary proceedings.

Q-1. RL&F Applications

Monthly Compensation Period: Fees: $0.00; Total Hours: 0.0

Final Compensation Period: Fees: $1,009.50; Total Hours: 2.7

This category includes all matters related to preparing applications to retain RL&F and supplements thereto.

RLF1 3536539v.1

Q-2.    Retention of Others

Monthly Compensation Period:  Fees: $2,608.50; Total Hours: 8.5

Final Compensation Period:  Fees: $10,048.00; Total Hours: 29.9

This category includes time spent reviewing applications for retention by other professionals, objecting to the retention of other professionals and assisting other professionals with preparing and filing retention applications.

R-1.    RL&F Fee Application

Monthly Compensation Period:  Fees: $585.00; Total Hours: 3.0

Final Compensation Period:  Fees: $1,277.50; Total Hours: 6.1

This category includes all time spent preparing, reviewing, filing, circulating and/or relating to monthly invoices and fee applications for RL&F.

R-2.    Fee Application of Others

Monthly Compensation Period:  Fees: $603.00; Total Hours: 1.2

Final Compensation Period: Fees:  $834.00; Total Hours: 2.0

This category includes time spent reviewing invoices or applications of other professionals, objecting to fees of other professionals and assisting other professionals with filing and circulating monthly invoices and applications.

S.    Vendor/Supplies

Monthly Compensation Period:  Fees: $0.00; Total Hours: 0.0

Final Compensation Period:  Fees: $320.50; Total Hours: 1.4

This category includes all matters related to vendors and suppliers, including reclamation issues.

T.   Non-Working Travel

Monthly Compensation Period:  Fees: $0.00; Total Hours: 0.0

Final Compensation Period:  Fees: $0.00; Total Hours: 0.0

This category includes all travel time not otherwise chargeable.

U.   Utilities

Monthly Compensation Period:  Fees: $0.00; Total Hours: 0.0

Final Compensation Period:  Fees: $961.50; Total Hours: 2.7

This category includes all matters related to utility issues.

V.   Insurance

Monthly Compensation Period:  Fees: $0.00; Total Hours: 0.0

Final Compensation Period: Fees:  $108.00; Total Hours: 0.4

This category includes all matters related to insurance policies or coverage.

**Valuation of Services**

12.   Attorneys and paraprofessionals of RL&F have expended a total of 69.0 hours in connection with this matter during Monthly Compensation Period, as follows:

**MONTHLY COMPENSATION PERIOD**

| ATTORNEYS | HOURS | HOURLY RATE |
|---|---|---|
| Mark D. Collins | 3.3 | $675 |
| William Haubert | 5.5 | $650 |
| Michael J. Merchant | 1.9 | $525 |
| Brigitte V. Fresco | 2.5 | $425 |
| Jason M. Madron | 9.7 | $390 |
| Richard B. Carroll | 0.5 | $290 |
| Travis A. McRoberts | 16.8 | $255 |
| PARAPROFESSIONALS | HOURS | HOURLY RATE |
| Tracy A. Cameron | 20.4 | $195 |
| Ann Jerominski | 3.1 | $195 |

| | | |
|---|---|---|
| William H. Pusey | 2.3 | $195 |
| Marisa C. DeCarli | 1.9 | $195 |
| Cathy M. Greer | 0.9 | $195 |
| Brenda D. Tobin | 0.2 | $100 |

13.     Attorneys and paraprofessionals of RL&F have expended a total of 300.2

hours in connection with this matter during Final Compensation Period, as follows:

## FINAL COMPENSATION PERIOD

| ATTORNEYS | HOURS | HOURLY RATE |
|---|---|---|
| Mark D. Collins | 17.4 | $675 |
| William Haubert | 9.0 | $650 |
| Michael J. Merchant | 43.5 | $525 |
| Brigitte V. Fresco | 2.9 | $425 |
| Jason M. Madron | 9.7 | $390 |
| Jason M. Madron | 40.1 | $345 |
| Richard B. Carroll | 0.5 | $290 |
| Lee E. Kaufman | 2.0 | $275 |
| Marisa Terranova | 3.1 | $245 |
| Zachary I. Shapiro | 0.5 | $245 |
| Andrew C. Irgens | 0.2 | $230 |
| Travis A. McRoberts | 16.8 | $255 |
| Travis A. McRoberts | 42.5 | $230 |
| Tyler Semmelman | 0.6 | $230 |

| PARAPROFESSIONALS | HOURS | HOURLY RATE |
|---|---|---|
| Tracy A. Cameron | 66.7 | $195 |
| Marisa C. DeCarli | 11.1 | $195 |
| Ann Jerominski | 8.5 | $195 |
| Barbara J. Witters | 6.8 | $195 |
| Cathy M. Greer | 3.6 | $195 |
| Aja E. McDowell | 2.4 | $195 |
| Willliam H. Pusey | 2.3 | $195 |
| Rebecca V. Speaker | 1.0 | $195 |
| Janel Gates | 0.3 | $195 |
| Jamie E. Schairer | 0.3 | $195 |
| Brenda D. Tobin | 8.4 | $100 |

The nature of the work performed by these persons is fully set forth in Exhibit A attached hereto

and Exhibit A to each of the previously filed monthly fee applications.  These are RL&F's

RLF1 3536539v.1

normal hourly rates for work of this character. The reasonable value of the services rendered by RL&F to the Debtors during Monthly Compensation Period is $21,671.50 and during the Final Compensation Period is $96,027.50.

14. In accordance with the factors enumerated in section 330 of the Bankruptcy Code, it is respectfully submitted that the amount requested by RL&F is fair and reasonable given (a) the complexity of these cases, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title. Moreover, RL&F has reviewed the requirements of Local Rule 2016-2 and believes that this Application complies with that Local Rule.

WHEREFORE, RL&F respectfully requests that the Court authorize that for the period November 16, 2009 through January 20, 2010, a final allowance be made to RL&F pursuant to the terms of the Administrative Order with respect to the sum of $96,027.50 as compensation for necessary professional services rendered, and the sum of $16,343.76 as reimbursement of actual necessary costs and expenses, for a total of $112,371.26 and that such sums be authorized for payment and for such other and further relief as this Court may deem just and proper.

Dated: March 5, 2010    Respectfully submitted,
       Wilmington, Delaware

Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Jason M. Madron (No. 4431)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

*Co-Counsel to the Reorganized Debtors*

13

## VERIFICATION

STATE OF DELAWARE      )
                              ) SS:
COUNTY OF NEW CASTLE  )

        Jason M. Madron, after being duly sworn according to law, deposes and says:

        a)     I am an associate with the applicant firm, Richards, Layton & Finger, P.A., and have been admitted to appear before this Court.

        b)     I am familiar with the work performed on behalf of the Debtors by the lawyers in the firm.

        c)     I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del. Bankr. L.R. 2016-2, and submit that the Application substantially complies with such rule.

                                Jason M. Madron (No. 4431)

SWORN AND SUBSCRIBED before me
this 5th day of March 2010.

Notary Public
My Commission Expires: 6/30/2010

          LINDA M. ANDERSON
        Notary Public - State of Delaware
        My Comm. Expires June 30, 2010