# Exhibit A

RLF1 3554703v.1

# EXHIBIT A

## Simmons Bedding Company, Case No. 09-14037 (MFW)
### Final Fee Application Chart
### For The Period November 16, 2009 Through January 20, 2010

| Professional[1] | Professional's Role in Case | Compensation Period | Total Fees and Expenses Requested | Total Fees and Expenses Previously Approved | Total Fees and Expenses Pending Approval | Voluntary Reductions | Total of All Compensation Approved on a Final Basis[2] |
|---|---|---|---|---|---|---|---|
| Richards, Layton & Finger, P.A. | Co-Counsel to the Debtors | November 16, 2009 through January 20, 2010 | $96,027.50 $16,343.76 | $59,484.80 $13,619.40 | $36,542.70 $2,724.36 | $0.00 $0.00 | $112,371.26 |
| Weil, Gotshal & Manges LLP | Counsel to the Debtors | November 16, 2009 through January 20, 2010 | $1,181,653.00 $38,751.76 | $0.00 $0.00 | $1,181,653.00 $38,751.76 | $0.00 $0.00 | $1,220,404.76 |
| Ropes & Gray, LLP | Special Intellectual Property Counsel | November 16, 2009 through January 20, 2010 | $261,858.75 $22,748.42 | $166,950.80 $9,727.36 | $94,907.95 $13,021.06 | $0.00 $0.00 | $284,607.17 |
| KPMG LLP | Advisor Related to Intellectual Property Licensing | November 16, 2009 through January 20, 2010 | $64,468.50 $8,016.50 | $0.00 $0.00 | $64,468.50 $8,016.50 | $0.00 $0.00 | $72,485.00 |

---

[1] This chart does not contain information concerning the fees and expenses of certain other retained professionals in these chapter 11 cases including, but not limited to, those professionals retained pursuant to this Court's *Order Pursuant to Sections 105(a), 327, 328, and 330 of the Bankruptcy Code, Authorizing the Debtors to Employ Professionals Used in the Ordinary Course of Their Business* [Docket No. 137], dated December 10, 2009.

[2] Except as otherwise expressly noted herein, the "Total of All Compensation Requested" figures only reflect compensation requested for the period of time from November 16, 2009 through January 20, 2010.

RLF1 3554703v.1

| Professional[1] | Professional's Role in Case | Compensation Period | Total Fees and Expenses Requested | Total Fees and Expenses Previously Approved | Total Fees and Expenses Pending Approval | Voluntary Reductions | Total of All Compensation Approved on a Final Basis[2] |
|---|---|---|---|---|---|---|---|
| CRG Partners Group, LLC | Financial Advisors to the Debtors | November 16, 2009 through January 20, 2010 | $83,245.00 $7,645.53 | $49,700.00 $5,360.25 | $33,545.00 $2,285.28 | $0.00 $0.00 | $90,890.53 |
| Miller Buckfire & Co., LLC | Financial Advisor and Investment Banker to the Debtors | November 16, 2009 through January 20, 2010 | $5,099,811.82 $12,745.52 | $0.00 $0.00 | $5,099,811.82 $12,745.52 | $0.00 $0.00 | $5,112,557.34 |
| Deloitte Tax LLP | Tax Service Providers to the Debtors | November 16, 2009 through January 20, 2010 | $255,111.50 $120.88 | $0.00 $0.00 | $255,111.50 $120.88 | $0.00 $0.00 | $255,232.38 |
| PricewaterhouseCoopers LLP | Independent Auditors to the Debtors | November 16, 2009 through January 20, 2010 | $411,782.00 $8,940.59 | $329,425.60 $8,605.55 | $82,356.40 $335.04 | $0.00 $0.00 | $420,722.59 |
| TOTAL | | | | | | | $7,569,271.03 |

2

RLF1 3554703v.1